IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

THE HARTZ MOUNTAIN
CORPORATION,

    Plaintiff,

v.	Case No. 0:24-cv-61322-AHS

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS,	JURY TRIAL DEMANDED

    Defendant.

## PLAINTIFF THE HARTZ MOUNTAIN CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the Southern District of Florida, the undersigned counsel for Plaintiff The Hartz Mountain Corporation ("Plaintiff") in the above-captioned action hereby certify that there are no parents, subsidiaries and/or affiliates of Plaintiff that have issued shares or debt securities to the public.  The undersigned counsel also hereby certifies that Plaintiff is owned by two publicly-traded Japanese corporations: Unicharm Corporation and Sumitomo Corporation.

[*Signature Page Follows*]

Dated:  July 25, 2024

Respectfully submitted,

Plaintiff,

The Hartz Mountain Corporation,

By its attorney,

*/s/ Mallory M. Cooney*
Mallory M. Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
**K&L GATES LLP**
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone:  305.539.3300
Fax:  305.358.7095

Morgan T. Nickerson (*pro hac vice forthcoming*)
morgan.nickerson@klgates.com
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, Massachusetts 02114
Telephone: 617.261.3100
Fax: 617.261.3175