UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:24-cv-61322-AHS

THE HARTZ MOUNTAIN
CORPORATION

      Plaintiff,

v.

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS

      Defendant.
_____/

### NOTICE OF APPEARANCE/NOTICE OF EMAIL DESIGNATION

NOTICE IS HEREBY GIVEN of the appearance of Sara A. Goldberg, Esq. with the Law Offices of Sara A. Goldberg P.A., as counsel for Defendant BOCA DEALS LLC d/b/a AMAZON SELLER BOCA DEALS. Copies of all future pleadings, correspondence and other documentation relating to the above-styled matter should be furnished to the undersigned at the address and email set forth below.

Dated: August 15, 2024

Respectfully submitted,

LAW OFFICES OF SARA A. GOLDBERG, P.A.

/s/ Sara A. Goldberg
Sara A. Goldberg, Esq.
Fla. Bar No. 0017545
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
561.479.1693
sara@saragoldberglaw.com

Counsel for Defendant Boca Deals LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this litigation.

/s/ *Sara A. Goldberg*
Sara A. Goldberg
