UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:24-cv-61322-AHS

THE HARTZ MOUNTAIN
CORPORATION

   Plaintiff,

v.

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS

   Defendant.

_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

  Defendant Boca Deals LLC d/b/a Amazon Seller Boca Deals, through its undersigned counsel, files this Unopposed Motion for an Enlargement of Time to Respond to the Complaint.

  1. On July 25, 2024, Plaintiff filed this action alleging false advertising and false designation of origin under the Lanham Act, 15 U.S.C. §1051 *et seq*. and violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§501.201-501.213.

  2. Undersigned counsel and Plaintiff's counsel are currently engaged in settlement discussions and are diligently working to reach a settlement. While the parties expect the discussions to resolve this action, they require additional time to finalize a settlement.

  3. Federal Rule of Civil Procedure 6(b)(1)(A) provides that the Court may, for good cause, extend a party's time to comply with a Rule before the original time or its extension expires. See Fed. R. Civ. P. 6(b)(1)(A). A short extension of time will enable the parties to resolve the litigation, avoid unnecessary expense, and preserve the Court's resources.

Accordingly, Defendant respectfully requests that the Court enter an order enlarging Defendant's time to respond to the complaint through and including Friday, August 30, 2024 so that the parties can fully resolve the litigation.

### Local Rule 7.1(a)(3) Certification

Undersigned counsel for Defendant has communicated with Plaintiff's counsel regarding the relief sought herein, and is authorized to represent that Plaintiff consents to the requested relief.

Dated:  August 15, 2024

Respectfully submitted,

LAW OFFICES OF SARA A. GOLDBERG, P.A.

/s/ Sara A. Goldberg
Sara A. Goldberg, Esq.
Fla. Bar No. 0017545
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
561.479.1693
sara@saragoldberglaw.com

Counsel for Defendant Boca Deals LLC

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this litigation.

/s/ Sara A. Goldberg
Sara A. Goldberg