UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:24-cv-61322-AHS

THE HARTZ MOUNTAIN
CORPORATION

       Plaintiff,

v.

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS

       Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Enlargement of Time to respond to the complaint. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Motion is GRANTED. Defendant shall have until and including August 30, 2024 to respond to the complaint.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this __ day of August, 2024.

                                                        _____
                                                        THE HONORABLE RAAG SINGHAL
Copies furnished to:                UNITED STATES DISTRICT JUDGE
All counsel of record