UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:24-cv-61322-AHS

THE HARTZ MOUNTAIN
CORPORATION

       Plaintiff,

v.

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS

       Defendant.
_____/

## DEFENDANT BOCA DEALS LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant Boca Deals LLC d/b/a Amazon Seller Boca Deals, through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, herewith files this Certificate of Interested Parties and Corporate Disclosure Statement and states:

### CERTIFICATE OF INTERESTED PARTIES

1. The Hartz Mountain Corporation
2. Boca Deals LLC
3. Mordechai Touger
4. Levi Touger
5. K&L Gates LLP, and its attorneys Morgan T. Nickerson, Esq., Shaina M. Lefkowitz, Esq., and Mallory Cooney, Esq.
6. Law Offices of Sara A. Goldberg, P.A., and its attorney Sara A. Goldberg, Esq.

## CORPORATE DISCLOSURE STATEMENT

Boca Deals LLC states that there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of its membership interests.

Dated:  August 23, 2024       Respectfully submitted,

LAW OFFICES OF SARA A. GOLDBERG, P.A.

/s/ Sara A. Goldberg
Sara A. Goldberg, Esq.
Fla. Bar No. 0017545
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
561.479.1693
sara@saragoldberglaw.com

Counsel for Defendant Boca Deals LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this litigation.

/s/ *Sara A. Goldberg*
Sara A. Goldberg