UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

No. 0:24-cv-61322-AHS

THE HARTZ MOUNTAIN
CORPORATION

    Plaintiff,

v.

BOCA DEALS LLC d/b/a
AMAZON SELLER BOCA DEALS

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Enlargement of Time to respond to the complaint [ECF 14]. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the Motion is GRANTED.  Defendant shall have until and including September 25, 2024 to respond to the complaint.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this___ day of August, 2024.

                                                                                                                  _____
                                                                                                                  THE HONORABLE RAAG SINGHAL
Copies furnished to:                          UNITED STATES DISTRICT JUDGE
All counsel of record